RECEIPT NUMBER 265375 50.00
TRACKING NUMBER 72045715 CO1

CAUSE NUMBER 200631303

| | |
|---|---|
| **PLAINTIFF:** GILMORE, ELIZABETH A | **In The** 151st |
| vs. | **Judicial District Court of** |
| **DEFENDANT:** FULBRIGHT & JAWORSKI L L P | **Harris County, Texas** |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: FULBRIGHT & JAWORSKI L L P BY SERVING A MEMBER OR PARTNER INCLUDING BUT NOT LIMITED TO D DUDLEY OLDHAM OR WILLIAM R PAKALKA
FULBRIGHT TOWER
1301 MCKINNEY SUITE 5100 45 HOUSTON TX 77010

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on the 19th day of May, 20 06, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this 19th day of May, 20 06.

SEAL — DISTRICT COURT OF HARRIS COUNTY, TEXAS

Issued at request of:
KAUFMAN, RANDAL ALAN
PO BOX 1311
TOMBALL, TX 77377
Tel: (281) 290-9759
Bar Number: 11111700

**CHARLES BACARISSE, District Clerk**
Harris County, Texas
**301 Fannin, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

By: Mary L Nicholas
**Deputy District Clerk** NICHOLAS, MARY L

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the ____ day of ________, 20__, at ____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at ____________ (street address), ________ (city), in ________ County, Texas on the ____ day of ________, 20__, at ____ o'clock ___. M.,

## CONSTABLE'S RETURN

Came to hand on the 22 day of May A.D. 2006 at 4 38 o'clock P M., and executed in Harris County, Texas, by delivering to each of the within named defendants, in person, a true copy of this Citation PLAINTIFF'S ORIGINAL PETITION at the following times and places, to-wit:

~~NAME~~ By Summoning Fulbright + Jaworski LLP By Delivering to William R. Pakalka

| DATE Month | Day | Year | TIME Hour | Min. | M | ADDRESS OF SERVICE |
|---|---|---|---|---|---|---|
| 6 | 7 | 2006 | 3 | 25 | Pm | 1301 McKinney #4500, Houston TX 77002 |

FEES - Serving 1 cop 1 $50.00

JACK F. ABERCIA
Constable, Precinct No. 1, Harris County, Texas

By [signature] 1C67 Deputy

Gilmore v. Fulbright & Jaworski, LLP Doc. 1 Att. 4
Dockets.Justia.com

STATE OF TEXAS
COUNTY OF HARRIS

I, Charles Bacarisse, District Clerk of Harris County Texas, do hereby certify that the foregoing data is a true and correct copy of the original record, now in my lawful custody and possession as appears of record in:

a) filed on [illegible]
b) recorded in Vol. [illegible] Page [illegible] in the [illegible] of said Court
c) abstracted from the original record in my lawful possession, electronically, stored in digital form and pertaining to the ______ in reference to cause number ______, or
d) abstracted from the original record in my lawful possession, electronically, stored in digital form pertaining to ______ from ______ to the present date

Witness my official hand and seal of office this DEC 04 2006

CHARLES BACARISSE, DISTRICT CLERK
Harris County, Texas

By [signature]

DISTRICT COURT OF HARRIS TEXAS