**CAUSE NO. 2006-31303**

| | | |
|---|---|---|
| ELIZABETH A. GILMORE, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § § | |
| v. | § | HARRIS COUNTY, TEXAS |
| FULBRIGHT & JAWORSKI, L.L.P., | § § § | |
| Defendant. | § | 151ST JUDICIAL DISTRICT |

**DEFENDANT FULBRIGHT & JAWORSKI L.L.P.'S NOTICE OF FILING OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Fulbright & Jaworski L.L.P., on December 5, 2006, filed its Notice of Removal of the above-entitled action from the 151st Judicial District Court, Harris County, Texas, Cause No. 2006-31,303, to the United States District Court for the Southern District of Texas, Houston Division, true copies of which are attached hereto and incorporated herein by reference, in said United States District Court.

FULBRIGHT & JAWORSKI L.L.P.

_____
Lawrence H. Clore
State Bar No. 04405000
David B. Jordan
State Bar No. 24032603
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713/651-5151
Telecopier: 713/651-5246

Counsel for Fulbright & Jaworski L.L.P.

## CERTIFICATE OF SERVICE

    This pleading was served on December 5, 2006, in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on counsel for Plaintiff, by certified mail, return receipt requested.

_____
David B. Jordan