# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ELIZABETH A. GILMORE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. _____ |
| § | |
| FULBRIGHT & JAWORSKI, L.L.P., § | |
| § | |
| Defendant. § | |

## LIST OF COUNSEL

Pursuant to Local Rule 81, listed below are all counsel of record:

Randal A. Kauffman
State Bar No. 11111700
Post Office Box 1211
Tomball, Texas 77377-1211
Phone: 281-290-9759
Fax: 281-357-0745

Joe Sneed
State Bar No. 18785900
699 FM 2027
Cameron, Texas 76520-5040
Fax: 979-364-2767

Counsel for Plaintiff Elizabeth A. Gilmore

Lawrence H. Clore
State Bar No. 04405000
Fed. No. 5355

1

David B. Jordan
State Bar No. 24032603
Fed. No. 30416
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  713/651-5151
Telecopier:  713/651-5246

Counsel for Fulbright & Jaworski L.L.P.

                                    Respectfully submitted,

                                    /s/ Lawrence H. Clore by /s/ David B. Jordan
                                        Lawrence H. Clore
                                        State Bar No. 04405000
                                        Fed. I.D. No. 5355
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  713/651-5151
Telecopier:  713/651-5246

Counsel for Fulbright & Jaworski L.L.P.

**OF COUNSEL:**

Fulbright & Jaworski L.L.P.

David B. Jordan
State Bar No. 24032603
Fed. I.D. No. 30416

**CERTIFICATE OF SERVICE**

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 5th day of December 2006, on counsel for Plaintiff, via United States mail, certified, return receipt requested.

                                                  /s/ David B. Jordan

                                                  David B. Jordan