Gilmore v. Fulbright & Jaworski, LLP                                       Doc. 1 Att. 7

| | |
|---|---|
| **2006-31303** | |
| FILED: 05/19/2006 | GENERAL ORDER OF THE COURT ___121ST___ DCoRX |
| GILMORE, ELIZABETH A<br>PLAINTIFFS | JUL 2 0 2006 - DOCKET CONTROL ORDER SIGNED |
| KAUFFMAN, RANDAL ALAN<br>_____ Attorney | Jury Fee Paid By: |
| NATURE OF ACTION | SETTINGS |
| DISCRIMINATION | JUN 04 2007 |
| VS. | |
| FULBRIGHT & JAWORSKI L L P<br>DEFENDANTS | |
| _____ Attorney | |
| SURETIES ON COST BOND: | |

CIVCRT09 Revised 10/23/00   CIVCTF

Dockets.Justia.com

**2006-31303**

FILED: 05/19/2006

GENERAL ORDER OF THE COURT  151ST

GILMORE, ELIZABETH A
    PLAINTIFFS

KAUFFMAN, RANDAL ALAN

_____ Attorney

NATURE OF ACTION

DISCRIMINATION

VS.

FULBRIGHT & JAWORSKI L L P
    DEFENDANTS

_____ Attorney

SURETIES ON COST BOND:

Jury Fee Paid By: _____

**SETTINGS**

JUN 0 4 2007

JUL 2 0 2006 – DOCKET CONTROL ORDER SIGNED  DCoRX

CIVCRT09 Revised 10/23/00   CIVCTF