# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ELIZABETH A. GILMORE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. _____ |
| § | |
| FULBRIGHT & JAWORSKI, L.L.P., § | |
| § | |
| Defendant. § | |

## INDEX OF MATTERS BEING FILED

As required under Local Rule 81, the following is a list of the documents being filed with the Notice of Removal in this action:

1. Copies of State Court Pleadings

    a. Certified Copy of the State Court Docket Sheet;

    b. Certified Copy of Plaintiff's Original Petition;

    c. Certified Copy of Defendant's Original Answer;

    d. Certified Copy of Plaintiff's First Amended Original Petition;

    e. Certified Copy of the Docket Control Order;

    f. Certified Copy of executed process;

2. The State Court Notice of Filing of Removal;

3. This Index of Matters Being Filed; and

4. A List of Counsel, including addresses, telephone numbers and parties represented.

The state court has not signed any other orders in this case.

1

Respectfully submitted,

<u>/s/ Lawrence H. Clore by /s/ David B. Jordan</u>
    Lawrence H. Clore
    State Bar No. 04405000
    Fed. I.D. No. 5355
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:  713/651-5151
Telecopier:  713/651-5246

Counsel for Fulbright & Jaworski L.L.P.

**OF COUNSEL:**

Fulbright & Jaworski L.L.P.

David B. Jordan
State Bar No. 24032603
Fed. I.D. No. 30416

## **CERTIFICATE OF SERVICE**

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 5th day of December 2006, on counsel for Plaintiff, via United States mail, certified, return receipt requested.

/s/ David B. Jordan

David B. Jordan
