| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| | RECUSAL ORDER | CASE NUMBER H-06-3849 |
| | STYLE | Gilmore v. Fulbright & Jaworski, LLP |
| | ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. |
| | | *Signed:*<br><br>*[signature]*<br>KEITH P. ELLISON<br>UNITED STATES DISTRICT JUDGE |
| | | Date: December 7, 2006 |

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | *Judge Melinda Harmon* |

MICHAEL MILBY
United States District Clerk

By:

*[signature]*

Deputy Clerk