## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Elizabeth Gilmore

v.                                                      Case No.: 4:06−cv−03849
                                                        Judge Melinda Harmon

Fulbright & Jaworski, LLP

               Defendant

## NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Frances H Stacy

**PLACE:**

Courtroom 704
United States District Court
515 Rusk Ave
Houston, TX

**DATE:**   2/7/07

**TIME:**   10:00 AM

**TYPE OF PROCEEDING:**   Scheduling Conference

Date:   December 18, 2006

                                              Michael N. Milby, Clerk