NO. 2006-31303



| | | |
|---|---|---|
| ELIZABETH A. GILMORE, | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff* | § § | |
| V. | § § | HARRIS COUNTY, TEXAS |
| FULBRIGHT & JAWORSKI L.L.P., | § § | |
| *Defendant* | § | 151ST JUDICIAL DISTRICT |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

The Court has considered Plaintiff's Motion to Substitute Counsel. Having considered Plaintiff's motion, it is

ORDERED that Joe Sneed, Attorney at Law; 699 FM 2027; Cameron, Texas 76520-5040, be substituted as counsel of record for Plaintiff Elizabeth A. Gilmore in place of Randal A. Kauffman; P. O. Box 1211; Tomball, Texas 77377-1211.

SIGNED this _____ day of _____, 2006.

_____
JUDGE PRESIDING

APPROVED:

By: _____
Joe Sneed
State Bar No. 18785900
699 FM 2027
Cameron, Texas 76520-5040
(979) 364-2767

**Attorney for Plaintiff**

By: _Randal Kauffman_
Randal A. Kauffman
State Bar No. 11111700
P.O. Box 1211
Tomball, Texas 77377-1211
(281) 290-9759 (Telephone)
(281) 357-0745 (Facsimile)
randalkauffman@sbcglobal.net

**Former Attorney for Plaintiff**