IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH A. GILMORE, | § § | |
| *Petitioner* | § § | C. A. NO. 4:06-CV-03849 |
| V. | § § | JURY TRIAL DEMANDED |
| FULBRIGHT & JAWORSKI L.L.P., | § § § | |
| *Respondent* | § | |

### ORDER GRANTING PETITIONER ELIZABETH A. GILMORE'S MOTION TO REMAND ACTION TO TEXAS STATE COURT

This Court, having considered Petitioner Elizabeth A. Gilmore's Motion to Remand and Memorandum of Law in Support of Petitioner Elizabeth A. Gilmore's Motion to Remand, is of the opinion that the motion and memorandum are meritorious. It is, therefore,

ORDERED that this action be and hereby is REMANDED to the 151st Judicial District Court of Harris County, Texas.

All costs and expenses of removal and remand are to be borne by Respondent.

SIGNED this ____ day of _____, 200__.

_____
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com