IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

DEC 1 9 2006

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ELIZABETH A. GILMORE, | § § § § | |
| *Petitioner* | § § | C. A. NO. 4:06-CV-03849 |
| V. | § § | JURY TRIAL DEMANDED |
| FULBRIGHT & JAWORSKI L.L.P., | § § § | |
| *Respondent* | § | |

## PETITIONER ELIZABETH A. GILMORE'S
## CERTIFICATE OF INTERESTED PERSONS

The undersigned, counsel for Petitioner, Elizabeth A. Gilmore, certifies that the following

is a full and complete list of the parties and all persons who have or may have an interest in the

outcome of this case in this action:

| | |
|---|---|
| **Petitioner:** | **Elizabeth A. Gilmore** |
| **Counsel for Petitioner:** | **Joe Sneed** |
| **Respondent:** | **Fulbright & Jaworski L.L.P.; any and all past, present, and future part-time and full-time national and international exempt and non-exempt employees of Respondent; any and all past, present, and future part-time and full-time national and international contract employees of Respondent; any and all past, present, and future part-time and full-time national and international lawyers; any and all past, present, and future part-time and full-time national and international lawyers of counsel; and any and all past, present, and future part-time and full-time national and international contract lawyers of Respondent; and any and all past, present, and future agents, insurers, representatives, successors, and assigns of Respondent** |

SIGNED this 19th day of December, 2006.

Respectfully submitted,

Joe Sneed,
Attorney-In-Charge for Petitioner
Federal I.D. No. 1072
State Bar No. 18785900
699 FM 2027
Cameron, Texas 76520-5040
(979) 364-2767 (Telephone)

**ATTORNEY FOR ELIZABETH A. GILMORE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of a duplicate of the above and foregoing Certificate of Interested Persons of Petitioner Elizabeth A. Gilmore has been served upon all opposing parties, or their attorneys of record, by either certified mail, return receipt requested, hand delivery, or telephonic document transfer, on the 19th day of December, 2006.

Lawrence H. Clore                                              *Via Hand Delivery*
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

Joe Sneed