IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH A. GILMORE, | § § § | |
| Plaintiff, | § | |
| v. | § § | C.A. No. 06-3849 |
| FULBRIGHT & JAWORSKI, L.L.P., | § § § | |
| Defendant. | § | |

## DEFENDANT FULBRIGHT & JAWORSKI, L.L.P.'S CERTIFICATE OF INTERESTED PARTIES

Defendant Fulbright & Jaworski L.L.P. files this its Certificate of Interested Parties.

1. Plaintiff Elizabeth A. Gilmore

2. Joe Sneed, Attorney for Plaintiff

3. Randal Kaufman, Attorney for Plaintiff

4. Defendant Fulbright & Jaworski L.L.P.

5. David B. Jordan and Lawrence H. Clore of Fulbright & Jaworski L.L.P.,

    Attorneys for Defendant

1

Respectfully submitted,

/s/ Lawrence H. Clore by /s/ David B. Jordan
Lawrence H. Clore
State Bar No. 04405000
Fed. I.D. No. 5355
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713/651-5151
Telecopier: 713/651-5246

Counsel for Fulbright & Jaworski L.L.P.

**OF COUNSEL:**

Fulbright & Jaworski L.L.P.

David B. Jordan
State Bar No. 24032603
Fed. I.D. No. 30416

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 21st day of December 2006, on counsel for Plaintiff, via electronic service.

/s/ David B. Jordan

David B. Jordan