# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TEXAS 77010-3095
WWW.FULBRIGHT.COM

DJORDAN@FULBRIGHT.COM
DIRECT DIAL: (713) 651-5592

TELEPHONE: (713) 651-5151
FACSIMILE: (713) 651-5246

December 6, 2006

Mr. Joe Sneed                                    **_Via Federal Express_**
Counselor at Law
699 FM 2027
Cameron, Texas 76520-5050

    Re:  Cause No. H-06-3849; *Elizabeth A. Gilmore v. Fulbright & Jaworski L.L.P.*; In the United States District Court; For the Southern District of Texas, Houston Division

Dear Mr. Sneed:

    It was a pleasure meeting you yesterday. As we agreed yesterday by phone, consistent with Fed. R. Civ. P. 26(d), both parties will stay the deadline to respond or object to any outstanding discovery requests from the other party until 30 days following the completion of the parties' required Fed. R. Civ. P. 26(f) conference. Both parties acknowledge and agree that this agreement shall not act to waive the Plaintiff's right to file a motion to remand. If this comports with your understanding, please sign below where indicated, and return to me at your earliest convenience.

                                          Very truly yours,

                                          David Jordan

DJ/tf

AGREED:

_____
Joe Sneed

31235437.1

HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO
DUBAI • HONG KONG • LONDON • MUNICH • RIYADH

DEFENDANT'S EXHIBIT B

Mr. Joe Sneed
December 6, 2006
Page 2


c:  Mr. Randal A. Kauffman
    Attorney-At-Law
    Post Office Box 1211
    Tomball, Texas  77377-1211

    Mr. Lawrence H. Clore  (Firm)

31235437.1