# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ELIZABETH A. GILMORE,** | § | |
| | § | |
| *Petitioner* | § | |
| | § | **C. A. NO. 4:06-CV-03849** |
| **V.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **FULBRIGHT & JAWORSKI L.L.P.,** | § | |
| | § | |
| *Respondent* | § | |

## PETITIONER ELIZABETH A. GILMORE'S
## MOTION TO SUBSTITUTE COUNSEL

COMES NOW ELIZABETH A. GILMORE, Petitioner herein, and files this Petitioner's Motion to Substitute Counsel. Petitioner requests the substitution of Joe Sneed, Attorney at Law; 699 FM 2027; Cameron, Texas 76520-5040, in place of Randal A. Kauffman, Attorney at Law; P. O. Box 1211; Tomball, Texas 77377-1211. This substitution is unopposed by counsel for Respondent.

Respectfully submitted,

s/Randal A. Kauffman
Randal A. Kauffman
State Bar No. 11111700

**Attorney-In-Charge for Petitioner**

OF COUNSEL:

RANDALL A. KAUFFMAN
ATTORNEY AT LAW
P.O. Box 1211
Tomball, Texas 77377-1211
(281) 290-9759 (Telephone)
(281) 357-0745 (Facsimile)
randalkauffman@sbcglobal.net

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Petitioner's Motion to Substitute Counsel was served upon all opposing parties, or their attorneys of record, by either certified mail, return receipt requested; hand delivery; electronic document transfer; or telephonic document transfer on the 26th day of January, 2007.

Lawrence H. Clore
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

Elizabeth A. Gilmore
7527 Alderly Drive
Spring, Texas  77389

Joe Sneed
Attorney at Law
699 FM 2027
Cameron, Texas 76520-5040

                                  s/Randal A. Kauffman_____
                                  Randal A. Kauffman

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ELIZABETH A. GILMORE,** | § | |
| | § | |
| *Petitioner* | § | |
| | § | **C. A. NO. 4:06-CV-03849** |
| **V.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **FULBRIGHT & JAWORSKI L.L.P.,** | § | |
| | § | |
| *Respondent* | § | |

**ORDER GRANTING PETITIONER ELIZABETH A. GILMORE'S
MOTION TO SUBSTITUTE COUNSEL**

The Court has considered Petitioner's Motion to Substitute Counsel. Having considered Petitioner's motion, it is

ORDERED that Joe Sneed, Attorney at Law; 699 FM 2027; Cameron, Texas 76520-5040, be substituted as counsel of record for Petitioner Elizabeth A. Gilmore in place of Randal A. Kauffman; P. O. Box 1211; Tomball, Texas 77377-1211.

SIGNED this _____ day of _____, 2007.

_____
U.S. DISTRICT COURT JUDGE

**APPROVED:**


s/Joe Sneed
Joe Sneed
State Bar No. 18785900
Federal I.D. No. 1072
699 FM 2027
Cameron, Texas 76520-5040
(979) 364-2767 (Telephone)
joesneedatty@yahoo.com

**Attorney-In-Charge for Petitioner**


s/Randal A. Kauffman
Randal A. Kauffman
State Bar No. 11111700
P.O. Box 1211
Tomball, Texas 77377-1211
(281) 290-9759 (Telephone)
(281) 357-0745 (Facsimile)
randalkauffman@sbcglobal.net

**Former Attorney-In-Charge for Petitioner**

2