IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ELIZABETH A. GILMORE,** | § § § | |
| *Petitioner* | § § | **C. A. NO. 4:06-CV-03849** |
| V. | § § | **JURY TRIAL DEMANDED** |
| **FULBRIGHT & JAWORSKI L.L.P.,** | § § § | |
| *Respondent* | § | |

### ORDER GRANTING PETITIONER ELIZABETH A. GILMORE'S MOTION TO SUBSTITUTE COUNSEL

The Court has considered Petitioner's Motion to Substitute Counsel. Having considered Petitioner's motion, it is

ORDERED that Joe Sneed, Attorney at Law; 699 FM 2027; Cameron, Texas 76520-5040, be substituted as counsel of record for Petitioner Elizabeth A. Gilmore in place of Randal A. Kauffman; P. O. Box 1211; Tomball, Texas 77377-1211.

SIGNED this 30th day of January, 2007.

_____
U.S. DISTRICT COURT JUDGE