IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH GILMORE, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H- 06-3849 |
| | § | |
| FULBRIGHT & JAWORSKI, LLP., | § | |
| Defendant, | § | |

*(Stamp: United States Courts, Southern District of Texas, ENTERED, FEB 1 3 2007, Michael N. Milby, Clerk of Court)*

## SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND JOIN NEW PARTIES** will be filed by:   JUNE 1, 2007

   Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the experts's opinion furnished by:   AUGUST 15, 2007

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by:   OCTOBER 1, 2007

4. **DISCOVERY** must be completed by:   NOVEMBER 30, 2007

   Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post-deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by:   JANUARY 8, 2008

6. **NON-DISPOSITIVE MOTIONS** will be filed by:   JANUARY 8, 2008

7. **JOINT PRETRIAL ORDER** will be filed by:   MARCH 17, 2008

   Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 1:30 P.M.   MARCH 28, 2008

9. **TRIAL** is set for the two weeks starting:   MARCH 31, 2008

Signed at Houston, Texas this 13th day of February, 2007.

*/s/ Melinda Harmon*
MELINDA HARMON
UNITED STATES DISTRICT JUDGE