IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ELIZABETH A. GILMORE** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **C.A. NO. 06-CV-3849** |
| § | |
| **FULBRIGHT & JAWORSKI L.L.P.,** § | |
| § | |
| **Defendant.** § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Elizabeth A. Gilmore and Defendant Fulbright & Jaworski L.L.P. file this Joint Motion to Dismiss with Prejudice, and request that the Court dismiss all of Plaintiff's claims against Defendant Fulbright & Jaworski L.L.P. with prejudice.

Respectfully submitted,

/s/ Lawrence H. Clore by /s/ David B. Jordan
   Lawrence H. Clore
   State Bar No. 04405000
   Fed. I.D. No. 5355
 1301 McKinney, Suite 5100
 Houston, Texas 77010-3095
 Telephone:  713/651-5151
 Telecopier:  713/651-5246

Counsel for Fulbright & Jaworski L.L.P.

**OF COUNSEL:**
Fulbright & Jaworski L.L.P.

Joint Motion to Dismiss.doc

Dockets.Justia.com

-2-

        <u>/s/ Joe Sneed by /s/ David B. Jordan</u>
           Joe Sneed
           State Bar No. 18785900
699 FM 2027
Cameron, Texas 76520-5040
Phone: 979-364-2767

           Randal A. Kauffman
           State Bar No. 11111700
Post Office Box 1211
Tomball, Texas  77377-1211
Phone: 281-290-9759
Fax: 281-357-0745

Counsel for Plaintiff Elizabeth A. Gilmore

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ELIZABETH A. GILMORE** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | C.A. NO. 06-CV-3849 |
| **FULBRIGHT & JAWORSKI L.L.P.,** | § § § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Elizabeth A. Gilmore and Defendant Fulbright & Jaworski L.L.P. have filed this Joint Motion to Dismiss with Prejudice, and have requested that the Court dismiss Plaintiff's claims against Defendant Fulbright & Jaworski L.L.P. with prejudice.

IT IS, THEREFORE, ORDERED that all Plaintiff's claims against Defendant Fulbright & Jaworski L.L.P. are hereby DISMISSED with prejudice.

SIGNED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE