IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH A. GILMORE | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 06-CV-3849 |
| FULBRIGHT & JAWORSKI L.L.P., | § § | |
| Defendant. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Elizabeth A. Gilmore and Defendant Fulbright & Jaworski L.L.P. have filed this Joint Motion to Dismiss with Prejudice, and have requested that the Court dismiss Plaintiff's claims against Defendant Fulbright & Jaworski L.L.P. with prejudice.

IT IS, THEREFORE, ORDERED that all Plaintiff's claims against Defendant Fulbright & Jaworski L.L.P. are hereby DISMISSED with prejudice.

SIGNED this 18th day of September 2007.

_____
UNITED STATES DISTRICT JUDGE